IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ISAAC L. ANDERSON, JR.,

     Appellant,

v.                                     Case No. 5D17-4083

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed March 23, 2018

3.850 Appeal from the Circuit
Court for Orange County,
Robert J. Egan, Judge.

David J. R. Frakt, of Law Office of David
Frakt, Orlando, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

We affirm the order denying Appellant's Florida Rule of Criminal Procedure 3.850 motion to "correct sentence." Appellant has admittedly completed serving what he contends is an invalid sentence, thus rendering the issue before us moot. *See Sneed v. State*, 749 So. 2d 545, 546 (Fla. 4th DCA 2000) (citing *Palmer v. State*, 182 So. 2d 625, 626 n.2 (Fla. 4th DCA 1966)).

AFFIRMED.

PALMER, ORFINGER and LAMBERT, JJ., concur.